U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | 07CV6519 |
|---|---|
| ASHISH SEN and COLLEEN SEN | JUDGE MORAN |
| v | MAG. JUDGE NOLAN |
| MERCEDES-BENZ USA, LLC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, ASHISH SEN and COLLEEN SEN

**FILED**
JN
NOV 1 6 2007
11-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| ROSEMARY M. RIVAS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Rosemary M. Rivas/mem |

| FIRM |
|---|
| FINKELSTEIN THOMPSON LLP |

| STREET ADDRESS |
|---|
| 100 Bush St., Suite 1450 |

| CITY/STATE/ZIP |
|---|
| San Francisco, CA 94104 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 415-398-8700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |