# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 07C 6519 (JBM) |

### DEFENDANT MERCEDES-BENZ USA, LLC'S AGREED
### MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Mercedes-Benz USA, LLC ("Mercedes"), by its undersigned attorneys, states as follows in support of its agreed motion for extension of time to answer or otherwise plead to Plaintiffs' Class Action Complaint ("Complaint"):

1. On or about November 16, 2007, Plaintiffs commenced this class action against Mercedes by filing their Complaint in the United States District Court for the Northern District of Illinois, Eastern Division.

2. Plaintiffs served Mercedes with a summons and copy of the Complaint on November 19, 2007. Mercedes' responsive pleading is consequently due on December 10, 2007.

3. Subsequent to service, counsel for Plaintiffs and Mercedes agreed to provide Michelin with an additional thirty (30) days from the aforementioned due date, or until January 9, 2008, to answer or otherwise plead.

2753349

1

4. This motion is not made for the purpose of delaying these proceedings. The additional time is necessary for Mercedes to adequately prepare its defense of Plaintiffs' Complaint.

5. Plaintiffs will not be prejudiced by the requested extension. Plaintiffs' counsel agrees to the extension and has no objection to this motion.

6. For these reasons, Mercedes respectfully requests that it be allowed an additional thirty (30) days to answer or otherwise plead to the claims alleged by Plaintiffs, up to and including January 9, 2008.

WHEREFORE, Defendant Mercedes-Benz USA, LLC respectfully requests that the Court enter an order granting it up to and including January 9, 2008, to answer or otherwise plead to Plaintiffs' Class Action Complaint.

Dated: December 10, 2007                         Respectfully submitted,

                                                 BRYAN CAVE LLP

                                                       s/ Dmitry Shifrin
                                                 Dmitry Shifrin, #6279415
                                                 161 N. Clark St., Suite 4300
                                                 Chicago, IL 60601
                                                 Telephone: (312) 602-5000
                                                 Facsimile: (312) 602-5050
                                                 *and*

                                                 Peter W. Herzog III, #36429
                                                 211 North Broadway, Suite 3600
                                                 St. Louis, MO 63102-2750
                                                 Telephone: (314) 259-2000
                                                 Facsimile: (314) 259-2020

                                                 *Attorneys for Defendant*
                                                 *Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Agreed Motion for Extension of Time to Answer or Otherwise Please was served this 10th day of December, 2007 via the Court's CM/ECF system and via first class U.S. mail, postage prepaid, to the following counsel of record:

Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603

Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
The Duval Foundry
1050 30th St., NW
Washington, DC 20007

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush St., Suite 1450
San Francisco, CA 94104

s/ Dmitry Shifrin