# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 07C 6519 (JBM) |

## NOTICE OF MOTION

To:     Please see attached service list

PLEASE TAKE NOTICE that on Tuesday, December 18, 2007 at 9:00 a.m., the undersigned shall appear before the Honorable Judge Moran in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present DEFENDANT MERCEDES-BENZ USA, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached hereto.

Dated: December 10, 2007

Respectfully submitted,

BRYAN CAVE LLP

_____s/ Dmitry Shifrin_____
Dmitry Shifrin, #6279415
161 N. Clark St., Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
*and*

Peter W. Herzog III, #36429
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750

1

2753388

                                                          Telephone:  (314) 259-2000
                                                          Facsimile:  (314) 259-2020

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

2

2753388

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Motion was served this 10th day of December, 2007 via the Court's CM/ECF system and via first class U.S. mail, postage prepaid, to the following counsel of record:

Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603

Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
The Duval Foundry
1050 30th St., NW
Washington, DC 20007

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush St., Suite 1450
San Francisco, CA 94104

s/ Dmitry Shifrin

2753388