# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC.<br><br>       Defendant. | No. 07 C 6519<br><br>Judge James B. Moran<br><br>Magistrate Judge Nan R. Nolan<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

  TO: Counsel of Record

  PLEASE TAKE NOTICE that on Tuesday, December 18, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran, or any judge sitting in his stead, in Courtroom 1843 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiffs' ***MOTION FOR CLASS CERTIFICATION,*** a copy of which is hereby served upon you.

Dated: December 12, 2007        Respectfully,

                    Plaintiffs

             By: /s/ *Lori A. Fanning*
                MARVIN A. MILLER
                LORI A. FANNING
                MATTHEW E. VAN TINE
                MILLER LAW LLC
                115 S. LaSalle Street, Suite 2910
                Chicago, IL  60603
                Telephone:  (312) 332-3400
                Facsimile:   (312) 676-2676

Tracy D. Rezvani
**FINKELSTEIN THOMPSON LLP**
The Duval Foundry
1050 30th Street, NW
Washington, D.C. 20007
Telephone:  (202) 337-8000
Facsimile:  (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
**FINKELSTEIN THOMPSON LLP**
100 Bush St., Suite 1450
San Francisco, California 94104
Telephone:  (415) 398-8700
Facsimile:   (415) 398-8704

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

  I, Lori A. Fanning, one of the attorneys for plaintiffs, hereby certify that on December 12, 2007, service of the foregoing ***NOTICE OF MOTION*** and Plaintiffs' ***MOTION FOR CLASS CERTIFICATION*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                /s/ *Lori A. Fanning*
                Lori A. Fanning