UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 07C 6519 (JBM) |

**DEFENDANT MERCEDES-BENZ USA, LLC'S**
**NOTICE OF FILING OF MDL NOTICE OF RELATED ACTION**

Defendant Mercedes-Benz USA, LLC ("MBUSA") hereby notifies this Court that on December 4, 2007, it filed a Notice of Related Action with the Judicial Panel on Multidistrict Litigation (the "MDL Panel") alerting the MDL Panel that the above-captioned case contains allegations similar to those pending in a motion to transfer for coordinated pre-trial proceedings pursuant to 28 U.S.C. § 1407 pending before the Panel. MBUSA's Notice of Related Action was filed in MDL docket number 1914, *In re Mercedes-Benz Tele-Aid Contract Litigation*.

Because the complaint filed by Plaintiffs in this matter contain factual and legal allegations similar to the complaints in the actions pending before the Panel, this action is a potential tag-along action to those cases, if they are transferred for MDL treatment.

A copy of the Notice of Related Action filed with the MDL Panel is enclosed.

Dated: December 13, 2007

Respectfully submitted,

BRYAN CAVE LLP

    s/ Dmitry Shifrin
Dmitry Shifrin, #6279415
161 N. Clark St., Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
*and*

Peter W. Herzog III, #36429
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice was served this 13th day of December, 2007 via the Court's CM/ECF system and via first class U.S. mail, postage prepaid, to the following counsel of record:

Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 S. LaSalle St., Suite 2910
Chicago, IL 60603

Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
The Duval Foundry
1050 30th St., NW
Washington, DC 20007

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush St., Suite 1450
San Francisco, CA 94104

                                                                                    s/ Dmitry Shifrin