BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| IN RE: MERCEDES-BENZ TELE-AID CONTRACT LITIGATION | ) ) ) ) ) ) ) ) MDL DOCKET NO. 1914 |

## MERCEDES-BENZ USA, LLC'S NOTICE OF RELATED ACTION

Pursuant to J.P.M.L. Rule 7.5(e), Mercedes-Benz USA, LLC ("MBUSA") hereby notifies the Panel of the pendency of a potential tag-along action recently filed in the United States District Court for the Northern District of Illinois: *Sen v. Mercedes-Benz USA, LLC*, No. 076519 (N.D. Ill.) (the "*Sen* action"). The *Sen* action is listed on the attached schedule, and copies of the Complaint and the District Court docket sheet are enclosed.

On November 15, 2007, MBUSA moved the Panel to transfer three actions pending in different federal courts to a single judge in the United States District Court for the District of New Jersey, the Honorable Dickenson Debevoise, for coordinated or consolidated pretrial proceedings. Should the Panel grant MBUSA's motion, the *Sen* action will be a tag-along action that also should be transferred for multidistrict litigation treatment. The *Sen* action contains

similar factual allegations, articulates similar legal theories for recovery, and requests class status for certain owners and/or lessees of some Mercedes-Benz vehicles as do the actions in the motion currently pending before the Panel.

Dated: December 4, 2007

Respectfully submitted,

MERCEDES-BENZ USA, LLC

By: *Peter W. Herzog*

Peter W. Herzog III
Bettina J. Strauss
Ketrina Bakewell
BRYAN CAVE LLP
211 N. Broadway, Suite 3300
One Metropolitan Square
St. Louis, MO 63102
(314) 259-2000 phone
(314) 259-2020 fax

2743686.1

## SCHEDULE OF ACTION

| **Complete Name** | **District Where Pending** | **Civil Action No.** | **Judge Assigned** |
|---|---|---|---|
| Ashish Sen and Colleen Sen, on behalf of themselves and all others similarly situated, Plaintiffs v. Mercedes-Benz USA, LLC, Defendant | Northern District of Illinois | 07C 6519 | Hon. James B. Moran |

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: MERCEDES-BENZ TELE-AID CONTRACT LITIGATION ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1914 |

## CERTIFICATE OF SERVICE

I, Peter W. Herzog III, hereby certify that a true and correct copy of the foregoing **Notice of Related Action** was served via U.S. Mail on December 4, 2007 on the following parties below and on the parties listed on the attached Panel Attorney Service List:

<u>Attorneys for Plaintiffs Ashish Sen and Colleen Sen</u>

Marvin A. Miller
Lori A. Fanning
Miller Law LLC
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400 phone
(312) 676-2676 fax

Rosemary M. Rivas
Mark Punzalan
Finkelstein Thompson LLP
100 Bush St., Suite 1450
San Francisco, CA 94104
(415) 398-8700 phone
(415) 398-8704 fax

Tracy D. Rezvani
Finkelstein Thompson LLP
The Duval Foundry
1050 30th Street, NW
Washington, DC 20007
(202) 337-8000 phone
(202) 337-8090 fax

_____
Peter W. Herzog III

3

2743686.1

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Page 1

Docket: 1914 - IN RE: Mercedes-Benz Tele Aid Contract Litigation
Status: Pending on / /
Transferee District:　　　Judge:

Printed on 11/30/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Gibbs, Eric H.<br>GIRARD GIBBS LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 | => Phone: (415) 981-4800  Fax: (415) 981-4846  Email: ehg@girardgibbs.com<br>Pellegrini, Cristian* |
| Herzog, III, Peter W.<br>BRYAN CAVE LLP<br>211 N. Broadway, Suite 3300<br>One Metropolitan Square<br>St. Louis, MO 63102 | => Phone: (314) 259-2000  Fax: (314) 259-2020  Email: pwherzog@bryancave.com<br>Mercedes-Benz USA, LLC* |
| Phillips, John Wentworth<br>PHILLIPS LAW FIRM<br>315 Fifth Ave South<br>Suite 1000<br>Seattle, WA 98104-2682 | => Phone: (206) 382-6163  Fax: (206) 382-6168  Email: jphillips@jphillipslaw.com<br>Stowers, Lois; Stowers, Robert |
| Rodriguez, Lisa J.<br>TRUJILLO RODRIGUEZ & RICHARDS LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033 | => Phone: (856) 795-9002  Fax: (856) 795-9887  Email: lisa@trrlaw.com<br>Atlass, S.B. |

Note: Please refer to the report title page for complete report scope and key.