**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ashish Sen, et al.
                              Plaintiff,

v.                                                  Case No.: 1:07−cv−06519
                                                    Honorable James B. Moran

Mercedes−Benz USA, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

    MINUTE entry before Judge James B. Moran :Defendant Mercedes−Benz USA, LLC's agreed motion for extension of time to answer or otherwise plead [10] is granted to and including 1/9/2008. Plaintiffs motion for class certification [14] is entered and continued.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.