IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC.<br>    Defendant. | Judge Moran<br>Mag. Judge Nolan<br><br>07 C 6519 |
| KAREN MARCUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and ATX GROUP, INC.,<br>    Defendants. | Judge Coar<br><br>07 C 6892 |

**NOTICE OF FILING**[1]

TO:

| | | |
|---|---|---|
| Mitchell L. Marinello | Dmitry Shifrin | Marvin A. Miller |
| Andrew Dylan Campbell | Bryan Cave LLP | Lori A. Fanning |
| Novack and Macey LLP | 161 N. Clark St., Suite 4300 | Miller Law LLC |
| 100 North Riverside Plaza | Chicago, Il. 60601 | 115 S. LaSalle Street |
| Chicago, IL 60606 | 312.602.5000 | Suite 2910 |
| | | Chicago, IL 60603 |
| | | 312.332.3400 |

**PLEASE TAKE NOTICE** that on January 9, 2008, I filed in the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S MOTION FOR REASSIGNMENT OF** *MARCUS V. MERCEDES-BENZ USA LLC. et al.* **AS RELATED CASE**, a copy of which is attached hereto, and served upon you here with.

Respectfully submitted,

/s/ Keith J. Keogh

---

[1] Pursuant to Local Rule 5.3 plaintiff will notice the motion for a date after February 12, 2008 when Judge Moran returns to the bench.

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092 / 312.726.1093 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed in the ECF service list via electronic delivery.

<u>/s/ Keith J. Keogh</u>

Case 1:07-cv-06519     Document 20     Filed 01/09/2008     Page 3 of 3