UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated, | No. 07C 6519 (JPM) |
| Plaintiffs, | |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

**DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(6)**

Defendant Mercedes-Benz USA, LLC ("MBUSA"), by and through its undersigned counsel, submits the following Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6):

For the reasons set forth in it's accompanying Memorandum of Law In Support of its Motion to Dismiss, MBUSA respectfully requests that the Court dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As explained in MBUSA's Memorandum In Support, all six Counts of Plaintiffs' Complaint fail to state a claim upon which relief can be granted and should be dismissed. Accordingly, MBUSA respectfully requests that the Complaint be dismissed, with prejudice, that MBUSA be awarded its costs, and that the Court enter an order providing MBUSA any additional relief the Court deems appropriate under the circumstances.

Dated: January 9, 2008

Respectfully submitted,

BRYAN CAVE LLP


By:   s/ Dmitry Shifrin
Dmitry Shifrin, #6279415
161 North Clark Street, Suite 4300
Chicago, IL 60601-3206
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

Peter W. Herzog III, #36429
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone:  (314) 259-2000
 Facsimile:  (314) 259-2020


*Attorneys for Mercedes-Benz USA, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing MOTION TO DISMISS was served this 9h day of January, 2008 either via the Court's CM/ECF system or first class U.S. mail, postage prepaid, upon the following counsel of record:

Mark A. Miller
Lori A. Fanning
**Miller Law LLC**
115 S. LaSalle Street
Suite 2910
Chicago, IL  60603

Tracy D. Rezvani
**Finkelstein Thompson LLC**
The Duval Foundry
1050 30th Street, NW
Washington, DC  20007

Rosemary M. Rivas
Mark Punzalan
**Finkelstein Thompson LLC**
100 Bush Street, Suite 1450
San Francisco, CA  94104

                                                                                                             s/ Dmitry Shifrin