# E-Class
### E320  E500  E55 AMG
2004 Mercedes-Benz



# Touch-sensitive



## Enlightened in-car communications.

We're here to help you with everything from simple questions to tough situations. The three Tele Aid buttons in your Mercedes give you a direct connection to Mercedes-Benz support and people who specialize in knowing what to do when it comes to helping preserve your schedule, your sanity and maybe even your safety.[1]

The system is simple: Press the SOS button when you need emergency assistance, or see someone who does. The wrench button gives you a voice link to Mercedes-Benz Roadside Assistance.[2] The *i*-button connects you to our Customer Assistance Center, where representatives can answer questions you may have about your vehicle. The *i*-button also puts you in touch with our Concierge Service, as well as the optional real-time traffic reporting and live route guidance services of Tele Trek.[3] And your basic Tele Aid subscription can even help you when you're away from your car, with features such as remote vehicle unlocking and stolen vehicle tracking.[4]

[1] First year's basic Tele Aid service provided at no additional cost with subscription and includes 30 minutes airtime (including required acquaintance call). Subscription is required for service to be active. Service operates only where cellular and Global Positioning System coverage are available.
[2] Roadside Assistance repairs may involve charges for parts, service and towing. Depending on the circumstances, these services may be provided by an outside service, courtesy of Mercedes-Benz Roadside Assistance Program. For full details of Sign and Drive services, as well as the Roadside Assistance Program, please see your dealer. [3] Tele Trek option requires basic Tele Aid subscription. Airtime charges apply. Performance of the automated voice system may vary with