UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 07C 6519 (JPM) |

### DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION

To:   Please see attached service list

     PLEASE TAKE NOTICE that on Wednesday, February 13, 2008 at 9:00 a.m., the undersigned shall appear before the Honorable Judge Moran in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present DEFENDANT MERCEDES-BENZ USA LLC'S MOTION TO EXCEED BRIEFING LIMIT, a copy of which is attached hereto.

Dated: January 9, 2008

Respectfully submitted,

BRYAN CAVE LLP


By:   s/ Dmitry Shifrin
Dmitry Shifrin, #6279415
161 North Clark Street, Suite 4300
Chicago, IL 60601-3206
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050

Peter W. Herzog III, #36429
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020


*Attorneys for Mercedes-Benz USA, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF MOTION was served this 9th day of January, 2008 either via the Court's CM/ECF system or first class U.S. mail, postage prepaid, upon the following counsel of record:

Mark A. Miller
Lori A. Fanning
**Miller Law LLC**
115 S. LaSalle Street
Suite 2910
Chicago, IL  60603

Tracy D. Rezvani
**Finkelstein Thompson LLC**
The Duval Foundry
1050 30th Street, NW
Washington, DC  20007

Rosemary M. Rivas
Mark Punzalan
**Finkelstein Thompson LLC**
100 Bush Street, Suite 1450
San Francisco, CA  94104

                                                  s/ Dmitry Shifrin