IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ASHISH SEN and COLLEEN SEN, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | Judge Moran |
| | ) | Mag. Judge Nolan |
| Plaintiff, | ) | |
| | ) | 07 C 6519 |
| v. | ) ) | |
| MERCEDES-BENZ USA, LLC. | ) | |
| Defendant. | ) | |

-------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| KAREN MARCUS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | Judge Coar |
| | ) | |
| v. | ) | 07 C 6892 |
| | ) | |
| MERCEDES-BENZ USA, LLC and ATX GROUP, INC., | ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:

| | | |
|---|---|---|
| Mitchell L. Marinello | Dmitry Shifrin | Marvin A. Miller |
| Andrew Dylan Campbell | Bryan Cave LLP | Lori A. Fanning |
| Novack and Macey LLP | 161 N. Clark St., Suite 4300 | Miller Law LLC |
| 100 North Riverside Plaza | Chicago, Il. 60601 | 115 S. LaSalle Street |
| Chicago, IL 60606 | 312.602.5000 | Suite 2910 |
| | | Chicago, IL 60603 |
| | | 312.332.3400 |

**PLEASE TAKE NOTICE** that on February 13, 2008, at 9:00 a.m., I hall appear before the Honorable James B. Moran Room 1843 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S MOTION FOR REASSIGNMENT OF** *MARCUS V. MERCEDES-BENZ USA LLC. et al.* **AS RELATED CASE**, a copy of which was previously served upon you .

Respectfully submitted,

/s/ Keith J. Keogh

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092 / 312.726.1093 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals and via the ECF service list via electronic delivery.

/s/ Keith J. Keogh