UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Ashish Sen, et al.
                                    Plaintiff,
v.                                                              Case No.: 1:07−cv−06519
                                                                Honorable James B. Moran
Mercedes−Benz USA, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

MINUTE entry before Judge James B. Moran :Plaintiff's motion for reassignment of Marcus v. Mercedes−Benz as related case [19] is granted. Defendant Mercedes−Benz USA, LLC's motion to exceed briefing limit pursuant to Loc.R.Civ.P.7.1 [24] is granted. Plaintiff's response to defendant Mercedes−Benz's motion to dismiss pursuant to FRCP 12(b)(6)[21] to be filed by 2/15/2008. Defendant's reply to be filed by 3/7/2008. Briefing schedule in Case No. 07 C 6892: Plaintiff's response to defendants motions to dismiss [28] [33] to be filed by 3/5/2008. Defendants reply to be filed by 3/26/2008. Status hearing held on 2/13/2008 and continued to 4/15/2008 at 09:15 AM.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.