| | UNITED STATES DISTRICT COURT | CAMDEN OFFICE |
|---|---|---|
| | MARTIN LUTHER KING, JR. | USPO & Courthouse |
| William T. Walsh | FEDERAL BLD & U.S. COURTHOUSE | 401 Market Street |
| Clerk | 50 WALNUT STREET | Camden, N.J.  08101 |
| | P.O. BOX 419 | |
| | NEWARK, N.J.  07101-0419 | TRENTON OFFICE |
| | | 402 East State Street |
| | (973) 645-4555 | P.O. Box 515 |
| | | Trenton, N.J. 08603 |

U.S. District Court for the
   Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**07 C 6519** **TLMS**

Date: May 1, 2008

**FILED**

**MARCH 26, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Re:  MDL -1914 – In re Mercedes-Benz Tele Aid Contract Litigation

    Northern District of Illinois No. 1:07-6519
       Ashish Sen, et al. vs. Mercedes-Benz USA, LLC
       <u>District of New Jersey Civil Action No. Unassigned</u>

    Northern District of Illinois No. 1:07-6892
       Karen Marcus vs. Mercedes-Benz USA, LLC, et al.
       <u>District of New Jersey Civil Action No. Unassigned</u>

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable Dickinson R. Debevoise, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 or 3.1, you can transfer the case to use via Case Extraction in Utilities.  If you have any questions, please contact Ms. Charles Sanders at 973-645-4582.  Please return a copy of this letter when transmitting your files and certified copies of the docket sheets.

                                       Very truly yours,

                                       WILLIAM T. WALSH, Clerk


                                       /s/ John Icklan, Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation