A CERTIFIED TRUE COPY

MAR 2 0 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 4 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

TLMS

**07 C 6519**

IN RE MERCEDES-BENZ TELE AID
CONTRACT LITIGATION

MDL No. 1914

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

FILED
MARCH 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On February 26, 2008, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dickinson R. Debevoise.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Debevoise.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 26, 2008, and, with the consent of that court, assigned to the Honorable Dickinson R. Debevoise.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 0 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By JOHN ICKLAN
Deputy Clerk

IN RE: MERCEDES-BENZ TELE AID
CONTRACT LITIGATION

MDL No. 1914

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #    CASE CAPTION**

CALIFORNIA CENTRAL
   CAC  2   07-7543    Richard Hankins v. Mercedes-Benz USA, LLC

CALIFORNIA EASTERN
   CAE  1   08-175     Sandra Levin v. Mercedes-Benz USA, LLC

ILLINOIS NORTHERN
   ILN  1   07-6519    Ashish Sen, et al. v. Mercedes-Benz USA, LLC
   ILN  1   07-6892    Karen Marcus v. Mercedes-Benz USA, LLC, et al.

NEW YORK EASTERN
   NYE  2   07-4984    Mark Russell v. Mercedes-Benz USA, LLC