

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

May 1, 2008

United States District Court
Martin Luther King, Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, N.J.  07101-0419


RE:   Sen et al v. Mercedes-Benz USA, LLC
Case No:   07C6419

Dear Clerk:

Pursuant to the order of entered by the MDL Panel on 3/4/08 (MDL-1914) , the above record

■   was electronically transmitted to District of New Jersey.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,
**Michael W. Dobbins, Clerk**

By:   */s/Thelma Murry-Sykes*
      Deputy Clerk

Enclosures

New Case No. _____     Date _____

c:   Non-ECF Attorneys and Pro se Parties